Clerk's Office
U. S. District Court
**FILED**
3/24/2020
Julia C. Dudley, Clerk
By: /s/ Susan Moody
    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CARPENTER CO., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 3:19CV0055 |
| MLILYUSA, INC., | ) ) ) ) |
| Defendant. | |

## DISMISSAL ORDER

Upon the joint motion of Plaintiff Carpenter Co., by counsel, and Defendant MLilyUSA, Inc., by its counsel, and for good cause shown, it is hereby it is now

ORDERED, ADJUDGED, and DECREED

that the above matter is dismissed without prejudice with each side to bear its own costs and fees.

ENTER: 03/24/2020

Senior United States District Judge

WE ASK FOR THIS:

/s/    David E. Constine, III
David E. Constine, III, VSB No. 23223
Troutman Sanders LLP
1001 Haxall Point
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
david.constine@troutman.com
*Counsel for Defendant*


Seen and agreed:

/s/    Michael A. Cleary
Michael A. Cleary, VSB No. 19989
Gilbert, Bird, Sharpes & Robinson
310 South Jefferson Street
Roanoke, VA  24011
Telephone: (540) 721-5110
Facsimile:  (540) 721-5112
mcleary@gbsrattorneys.com
*Counsel for Plaintiff*